UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL ALTIERI,

        Plaintiff,        CIV. S-02-2473 PAN

   v.

ANNETTE MONDAVI, et al.,        ORDER

        Defendants.

-o0o-

Plaintiff requests dismissal of this action with prejudice pursuant to settlement and agreement of all parties. There are no counterclaims warranting independent adjudication. Accordingly, this action is dismissed with prejudice. Fed. R. Civ. P. 41(b)(2).

So ordered.

Dated: November 16, 2005.

        /s/ Peter A. Nowinski
        PETER A. NOWINSKI
        Magistrate Judge